IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALVIN KASSING,** **PLAINTIFF**
ADC # 153407

v.   CASE NO. 5:15CV00066 BSM

**WENDY KELLY, Director, Arkansas**
**Department of Correction; et al.**   **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received.  No objections have been filed.  After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's failure to train allegations against Defendant Larry Manning are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Defendants Wendy Kelley, Larry Norris, and Darwin Metcalf are dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be granted against them.

3. The clerk shall alter the docket to reflect that Defendants "Perry" and "S. Perry" refer to the same individual by terminating the former.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE