## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALVIN KASSING,**                                                                               **PLAINTIFF**
**ADC #153407**

**v.**                                    **CASE NO. 5:15-CV-00066 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                                    **DEFENDANTS**

### ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate

Judge Joe J. Volpe [Doc. No. 40] has been reviewed.  No objections have been filed.   After

reviewing the record, the PRD is adopted.

Therefore, the official capacity claims against defendants James Gibson, Shamone

McPhadden, Ladarius Williams, Larry Manning, and Shay Baker are dismissed with

prejudice.  The individual capacity claims against Baker are also dismissed with prejudice.

The individual capacity claims against Gibson, McPhadden, Williams, and Manning are

dismissed without prejudice.  The clerk is directed to modify the docket to reflect the correct

name for "S. Baker" as "Shay Baker."  It is certified that an *in forma pauperis* appeal from

this order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of May 2016.

UNITED STATES DISTRICT JUDGE