# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALVIN KASSING,**  **PLAINTIFF**
**ADC #115890**

v.  CASE NO. 5:15-CV-00066 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**  **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 51] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Alvin Kassing's claims against defendant Toni Perry are dismissed with prejudice. Kassing's complaint is therefore dismissed, as all other defendants have been dismissed. Doc. No. 22, 41. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE